# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                   NO. 2022 KW 0355

VERSUS

JMARLO JONTE LEE                                     **JUNE 21, 2022**

---

In Re:    State of Louisiana, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. DC-21-04841.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**JMG**
**EW**

    **Whipple, C.J.,** dissents and would grant the writ. The
Fourth Amendment permits a "protective sweep," i.e., a quick and
limited search of premises, incident to an arrest and conducted
to protect the safety of police officers or others, if the
searching officer possesses a reasonable belief based on
specific and articulable facts which, taken together with the
rational inferences from those facts, warrants the officer in
believing that the area swept harbors an individual posing a
danger to the officer or others. **Maryland v. Buie,** 494 U.S.
325, 327, 110 S.Ct. 1093, 1094-95, 108 L.Ed.2d 276 (1990). An
in-home protective sweep may occur after the suspect is
arrested. **State v. Fenn,** 45,660 & 45,661 (La. App. 2d Cir.
5/20/10), 41 So.3d 544, 545. In the instant case, while
executing an active arrest warrant for the defendant, Louisiana
State Troopers detained him less than ten feet from the door of
the residence and conducted a protective sweep of the residence
to protect their safety and the safety of others.

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

---
DEPUTY CLERK OF COURT
FOR THE COURT